[No. 69834-6-I.   Division One.   December 30, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. PERRI SMITH,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 12-1-04026-1, Bruce W. Hilyer, J. Pro Tem.,
entered January 10, 2013. *Affirmed* by unpublished per
curiam opinion.

[No. 70224-6-I.   Division One.   December 30, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA M.
REAVELEY, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 12-1-02484-1, George N. Bowden, J.,
entered April 9, 2013. *Remanded with instructions* by
unpublished per curiam opinion.

[No. 70486-9-I.   Division One.   December 30, 2013.]

*In the Matter of the Personal Restraint of* WILLIAM F.
JENSEN, *Petitioner*.

Petition for relief from personal restraint. *Granted in part*
and *remanded with instructions* by unpublished per curiam
opinion.

[No. 42960-8-II.   Division Two.   December 31, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RACHEL JANET
RIDER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 11-1-00187-8, Richard L. Brosey, J., entered
January 4, 2012. *Affirmed* by unpublished opinion per
McCarthy, J. Pro Tem., concurred in by Worswick, C.J., and
Johanson, J.